

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITATION 2002 INVESTMENT LLC, and ENDEAVOR ENERGY RESOURCES, L.P., | § § | No. 08-21-00029-CV |
| Appellants, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| OCCIDENTAL PERMIAN, LTD., OCCIDENTAL PETROLEUM | § | of Reagan County, Texas |
| CORPORATION, OXY USA INC., OXY USA WTP LP, and RODEO MIDLAND | § | (TC# CV02236 & CV02237) |
| BASIN, LLC, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the summary judgment of the court below; vacate its declaration that the 1987 assignment conveyed only certain shallow rights, and not deep rights; and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF DECEMBER, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.